RICHARD E. HAWKINS, ESQ.
Nevada
HAWKINS LAW FIRM
4680 Polaris St.
Las Vegas, NV  89103
Telephone: 702 /508-8462
HawkinsLawFirm@gmail.com
*Attorney for Debtor*

Entered on Docket
April 14, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE<br>LISA KAY MORALES<br><br>Debtor in Possession, | Case No.:  10-17057-btb<br>Chapter:  11<br>Date:  March 21, 2011<br>Time:  9:00 A.M. |

### ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

Upon the reading and filing of the Motion to for Voluntary Dismissal of Debtor in Possession, by and through its attorney, RICHARD E. HAWKINS, ESQ., with no other party appearing and no oppositions filed, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Debtor's motion is granted and this case is dismissed

By: /s/ RE Hawkins
Richard E. Hawkins, Esq.
Nevada Bar #3731
4680 Polaris St.
Suite 250
Las Vegas, NV  89103
Telephone: 702 /508-8462
HawkinsLawFirm@gmail.com
Attorney for Debtor

1

LR 9021 Certification:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____ The court has waived the requirement of approval under LR 9021(b)1).

_____ No party appeared at the hearing or filed an objection to the motion.

___X___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Unrepresented parties appearing: None

Counsel Appearing:    None

Trustee:

_____

Kathleen Leavitt                                        Approved

### ###